## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,       :

                                :

v.                              :            CASE NO:

                                :            7:25-cr-25–WLS-ALS-1

                                :

JOSHUA JORDAN,                 :

                                :

        Defendant.            :

## ORDER

On June 3, 2026, Tyler S. Barkhaus, United States Probation Officer, via memorandum, requested a continuance of Defendant Joshua Jordan's sentencing hearing currently scheduled for July 9, 2026. The continuance is needed because while conducting the presentence investigation, Officer Barkhaus discovered voluminous and complex financial records that will take time to thoroughly examine to ensure all conduct is accounted for. Further, this case involves victims from out of state that may be due restitution, and a continuance is necessary to allow time to accurately determine the appropriate amount attributable to Defendant Jordan. A continuance to August or September 2026 is requested to allow for a thorough investigation to be completed and disclosed in time for all parties to review. Finally, Defendant is not currently in federal custody. Therefore, the requested continuance will not result in an over-service of any sentence that may be imposed in this case.

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." Defendant entered a plea of guilty in this matter on March 26, 2026. (Docs. 51, 52). Defendant's sentencing has not previously been rescheduled. Based on the circumstances of this case and the requirements set forth in 18 U.S.C. § 3553(a), including to impose a sentence that is "sufficient, but not greater than necessary," to serve the purposes of sentencing the Court finds that a continuance of Defendant's sentencing in this matter is appropriate.

1

Accordingly, it is hereby **ORDERED** that the sentencing hearing scheduled to take place on July 9, 2026, is **CANCELLED**, and Defendant's sentencing hearing is **RESCHEDULED** for **Thursday, September 3, 2026, at 3:00 p.m.**, in Albany, Georgia.

**SO ORDERED**, this 4th day of June 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2