IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA

v.

JOSHUA JORDAN

Defendant

: CASE NO. 7:25-CR-25 (WLS)

## PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT

WHEREAS, on March 26, 2026, Defendant Joshua Jordan (hereinafter "Jordan" or "Defendant"), pled guilty to Counts One and Twenty-Nine of the Indictment charging him with Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Sections 1349 and 1343, and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

AND WHEREAS, the Indictment contained a Forfeiture Notice, pursuant to which the United States seeks forfeiture under Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), of any property real or personal, which constitutes or is derived from proceeds traceable to the offense(s), or a conspiracy to commit such offense, including, but not limited to a personal money judgment in an amount to be determined;

AND WHEREAS, the Defendant plead guilty to a written Plea Agreement to Counts One and Twenty-Nine of the Indictment charging Jordan with  Conspiracy to

Commit Wire Fraud, in violation of Title 18, United States Code, Sections 1349 and 1343, and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1);

AND WHEREAS, as part of his Plea Agreement, Jordan agreed to the forfeiture of a sum of money, in the amount of one hundred thousand, seven hundred fifty-three dollars ($100,753.00), which represents the amount of funds which constitute, or were derived from, or is traceable to the proceeds obtained directly or indirectly from the commission of said violations(s) of Title 18, United States Code, Sections 1349 and 1343, and Title 18, United States Code, Section 1028(a)(1);

AND WHEREAS, the United States has filed a Motion and Memorandum for the Issuance of a Preliminary Order of Forfeiture/Money Judgment against Jordan in the amount of one hundred thousand, seven hundred fifty-three dollars ($100,753.00), and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure, the Court finds by a preponderance of the evidence that the United States has demonstrated the required

nexus between the personal money judgment amount and the offense(s) of conviction, and the Defendant shall forfeit to the United States the sum of one hundred thousand, seven hundred fifty-three dollars ($100,753.00).

2.    The United States District Court, Middle District of Georgia, shall retain jurisdiction in the case for the purpose of enforcing this Order of Forfeiture/Money Judgment.

3.    Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Order of Forfeiture/Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4.    As issued this date, this Order of Forfeiture/Money Judgment consists of a judgment for a sum of money. The United States may, at any time, move pursuant to FED. R. CRIM. P. 32.2(e), to amend this Order of Forfeiture/Money Judgment if the Government locates specific assets traceable to the subject property or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C).

SO ORDERED, this _8th_ day of _June_, 2026.

_W. Louis Sands_

W. LOUIS SANDS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

3

PREPARED BY:

WILLIAM R. KEYES
UNITED STATES ATTORNEY

*/s/ Julius J. Jefferson*
JULIUS J. JEFFERSON
Texas Bar Number 24087797
Assistant United States Attorney

4