**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:25-cr-25–WLS-ALS-1** |
| **JOSHUA JORDAN,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

Before the Court is Defendant's Motion to Continue Sentencing to Allow Mr. Jordan to Complete Ongoing Mental Health and Substance Abuse Treatment Program (Doc. 87) ("Motion"). Therein, Defendant states he has successfully completed phase one of a substance abuse and mental health program at Georgia Recovery Campus on July 6, 2026. He was admitted to Valor Behavioral Health ("VBH") on July 6, 2026, for continued treatment. His discharge date from VBH is October 6, 2026. As outlined in Defendant's Motion and attached letters from VBH, he is participating fully in the program, and requests that his sentencing hearing be continued to allow him to complete the program before beginning his term of imprisonment.

Defendant indicates that the Government opposes the Motion. Therefore, Court finds it necessary to shorten the Government's response time so that Defendant's Motion can be addressed prior to the scheduled sentencing hearing.

Accordingly, **on or before close of business on Monday, August 31, 2026**, the Government shall file its response to the Motion. **On or before close of business on Tuesday, September 1, 2026**, Defendant may file a reply, if any, to the Government's response, after which the Court shall consider the Motion.

**SO ORDERED**, this 27th day of August 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**